IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DOREAN WHITE, on behalf of herself
and all similarly situated persons

VS.                                                              CIVIL ACTION NO. 4:09CV54-WAP-DAS

HEARTLAND CATFISH COMPANY, INC.
and JIM TACKETT FISH FARMS, L.P.

## **ORDER**

This matter is before the court on joint motion to stay the deadlines pending in this action until September 28, 2009 (# 16). After considering the matter, the court finds the motion to be well taken, and it shall be GRANTED. The Court notes that this is the second stay requested by the parties and further extensions are not likely to be granted.

SO ORDERED, this the 1st day of September 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE