**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DOREAN WHITE, on behalf of
herself and all similarly situated
persons,**                                                              **PLAINTIFFS,**

**VS.**                                                          **CIVIL ACTION NO. 4:09CV54-P-S**

**HEARTLAND CATFISH COMPANY, INC.,**                  **DEFENDANT.**

**ORDER**

This matter comes before the court upon the parties' joint motion [docket number 61] for conditional certification of a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b). After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The parties' joint motion [docket number 61] for conditional certification of a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b) is **GRANTED**; accordingly,

(2) This action is conditionally certified as a collective action pursuant to 29 U.S.C. §216(b); therefore,

(3) The defendant may post the "Court Authorized Notice of Lawsuit" attached as Exhibit A to the instant motion in the manner agreed upon by the parties;

(4) The parties may use the document entitled "Heartland Catfish, Inc. Fair Labor Standards Act Litigation Consent to Become Party Plaintiff" attached as Exhibit B to the instant motion; and

(5) The defendant shall produce within 15 days from the entry of an agreed protective order,

(which has not yet been submitted to this court) the names, addresses, and other appropriate information of all current or former Heartland Catfish, Inc. employees employed from May 28, 2006 to present.

    **SO ORDERED** this the 5th day of July, A.D., 2011.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE